# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Rito Chavez Salazar,<br>a.k.a.: Rito Chavez-Salazar,<br>(A205 577 970)<br>*Defendant* | Case No. 17-495MJ |

OM: 10/25/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 25, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Rito Chavez Salazar, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 15, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: AUSA Cassie Bray Woo *cbw* for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 26, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 25, 2017, Rito Chavez Salazar was arrested by immigration officers performing at large apprehension duties as part of Operation Cross Check during a vehicle stop near Phoenix, Arizona. At the scene, Chavez Salazar was interviewed by immigration officers who determined him to be a Mexican citizen, illegally present in the United States. On the same date, Chavez Salazar was transported to the Phoenix ICE office for further investigation and processing. Chavez Salazar was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Rito Chavez Salazar to be a citizen of Mexico and a previously deported criminal alien. Chavez Salazar was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 15, 2013, pursuant to an order of removal issued by an immigration judge. There is no record of

Chavez Salazar in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Chavez Salazar's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Rito Chavez Salazar was convicted of Aggravated Driving or Actual Physical Control While Under the Influence of Intoxicating Liquor or Drugs, a felony offenses, on December 10, 2012, in the Superior Court of Arizona, Maricopa County. Chavez Salazar was sentenced to four (4) months' incarceration and three (3) years' probation. Chavez Salazar's criminal history was matched to him by electronic fingerprint comparison

5. On October 25, 2017, Rito Chavez Salazar was advised of his constitutional rights. Chavez Salazar freely and agreed to provide a statement under oath. Cervantes Campos stated that his true and complete name is Rito Chavez Salazar and that he is a citizen of Mexico. Chavez Salazar stated that he illegally entered the United States "como 56 meses," through "por Sonoita." Chavez Salazar further stated that he had been removed from the United States to Mexico one (1) occasion.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 25, 2017, Rito Chavez Salazar, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously

denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 15, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 26th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge

3